JOHN W. RICHARDSON
5161 SOQUEL DRIVE, SUITE F
SOQUEL, CA 95073
(831) 475-2404
Trustee in Bankruptcy



**FILED**

FEB - 9 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO CA

## IN THE UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF CALIFORNIA - Northern District of California

| In re:<br><br>**GOODNIGHT, KATE JULIA**<br><br>Debtor(s) | Case No. 07-54155<br><br>Chapter 7<br><br>**NOTICE OF UNCLAIMED DIVIDENDS** |
|---|---|

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $1,603.42. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| SURPLUS | GOODNIGHT, KATE JULIA<br>SANTA CRUZ, CA 95065 | 1,603.42 | 1,603.42 |

Total Unclaimed Dividends: $1,603.42

Dated: January 11, 2011

JOHN W. RICHARDSON, TRUSTEE